UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ROGER CLARK,

    Plaintiff,

Case No. 16-cv-00268-DMR (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COMPLAINT,** ***IN FORMA PAUPERIS*** **APPLICATION, AND CONSENT/DECLINATION FORM**

    Plaintiff, who is currently in custody at the California Medical Center, filed with the Court a letter addressed to the Honorable Thelton E. Henderson. The Clerk of the Court construed the letter from Plaintiff as a request to file a *pro se* prisoner complaint under 42 U.S.C. § 1983.

    On January 15, 2016, the Clerk sent Plaintiff a notice directing him to file a complaint along with an application to proceed *in forma pauperis* ("IFP") within twenty-eight days. He was warned that the failure to do so within the twenty-eight-day deadline would result in the dismissal of this action without prejudice. To date, Plaintiff has neither filed his complaint nor his IFP application, and the deadline for doing so as passed.

    On January 21, 2016, this case was assigned to the undersigned Magistrate Judge. Plaintiff was directed to file a completed consent/declination form within fourteen days. The fourteen-day deadline has passed, and Plaintiff has not yet filed his completed consent/declination form.

    Before the Court is Plaintiff's request for an extension of time to file his complaint, IFP application, and his consent/declination form. Dkt. 6.

    Good cause appearing, the request is GRANTED. No later than **fourteen (14) days** from the date of this Order, Plaintiff shall file a completed consent/declination form. No later than **twenty-eight (28) days** from the date of this Order, Plaintiff shall file his complaint and a completed IFP application along with his trust account statement and certificate of funds. The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.

1      The Clerk shall send Plaintiff a blank civil rights complaint form, a blank prisoner IFP
2  application form, and a blank consent/declination form along with a copy of this Order.
3      This Order terminates Docket No. 6.
4      IT IS SO ORDERED.
5  Dated:   February 18, 2016

                                              DONNA M. RYU
                                              United States Magistrate Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ROGER CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | Case No.   4:16-cv-00268-DMR<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 2/18/2016, I SERVED a true and correct copy(ies) of the Order Granting Plaintiff Extension of Time to File Complaint, In Forma Pauperis Application, and Consent/Declination Form together with Blank Civil Rights Complaint Form, Blank Prisoner IFP Application Form, and a Blank Consent/Declination Form by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

　　　Roger Clark ID: G-48164
　　　California Medical Facility
　　　P.O. Box 2000
　　　Vacaville, CA 95696

Dated: 2/18/2016

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU